

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2025

No. 04-25-00110-CV

Eugene **MARCK**,
Appellant

v.

Allison Mckenna **RICHARD**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI11805
Honorable John D. Gabriel, Jr., Judge Presiding

### ORDER

Sitting:      Irene Rios, Justice
                Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are assessed against appellant Eugene Marck. *See* TEX. R. APP. P. 42.1(d).

It is so **ORDERED** on March 26, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2025.

_____
Luz Estrada, Chief Deputy Clerk